UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

NOs. 5:14-MJ-1583 through 5:14-MJ-1599
NOs. 5:14-MJ-1601 through 5:14-MJ-1750
NO. 5:14-MJ-1758

MAY 0 5 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE MATTERS OF THE SEARCHES    )
OF LOCATIONS WITHIN THIS          )    ORDER TO SEAL
DIVISION                          )

Upon motion of the United States, it is hereby ORDERED that the Applications,

Affidavits, Motion to Seal, and this Order in the above-captioned matters be sealed until further

order of this Court, except that copies may be maintained by the United States Attorney's Office

and may be served on Special Agents and other investigative and law enforcement officers of

NCALE, the FBI, the IRS, and other state and federal government and contract personnel acting

under the supervision of law enforcement. Sealing these documents will avoid seriously

jeopardizing the investigation based on the facts set out in the Motion to Seal and the

Applications and Affidavits in the above referenced matters.

This the $\underline{5}$ day of May, 2014.

THE HONORABLE JAMES E. GATES
United States Magistrate Judge